THE HOWE MACHINE CO. V. JOHN G. PETERSON.

ACTION of replevin, brought by the *Howe Machine Co.* against *Peterson*, for the recovery of one sewing machine, valued at $40. Trial at the March Term, 1877, of the district court of Atchison county, and judgment for defendant. The plaintiff brings the case here.

*Wm. S. Greenlee*, for plaintiff in error.

*Everest & Waggener*, for defendant in error.

*Per Curiam:* This case is dismissed, upon the authority of *Transportation Co. v. Palmer*, 19 Kas. 471, and laws of 1877, pp. 243, 244. See also, *Smith v. Moore*, 21 Kas. 161.